UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

PAMELA INMAN )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 7:17-CV-182-FL
)
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the plaintiff's consent motion for attorney's fees and defendant's stipulation under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 25, 2019, that plaintiff's counsel be awarded fees under 28 U.S.C. § 2412 in the amount of $5,595.00.

**This Judgment Filed and Entered on February 25, 2019, and Copies To:**

Charlotte Williams Hall  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson / Wanda D. Mason  (via CM/ECF Notice of Electronic Filing)

February 25, 2019        PETER A. MOORE, JR., CLERK
                                     /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk